**Denied and Opinion Filed October 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01295-CV

## IN RE NATIONAL HEALTH INVESTORS, INC.
## AND NHI-REIT OF AXEL, LLC, Relators

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07841**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Stoddart
Opinion by Justice Stoddart

Before the Court is relators' petition for writ of mandamus in which they complain of the trial court's October 24, 2018 temporary restraining order. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

181295F.P05